**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CARLOS DALLI CASTRO,

Defendant.

Case No. 2:26-cr-00168-JAD-NJK

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Arraignment and Plea currently scheduled on August 21, 2026 at the hour of 11:00 a.m., be vacated and continued to August 26, 2026 at the hour of 11:00 a.m., in LV Courtroom 3C before Magistrate Judge Nancy J. Koppe.

DATED this 14th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE
BRENDA N. WEKSLER